# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

139349

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MELISSA L. CHAPMAN,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139349
COA: 291649
Genesee CC: 88-039224-FC

_____/

      On order of the Court, the application for leave to appeal the June 12, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

s0621

_____
Clerk